## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **21-MJ-84 (ZMF)** |
| | : | |
| **v.** | : | |
| | : | |
| **NICOLAS ANTHONY MONCADA,** | : | |
| | : | |
| **Defendant.** | : | |

## **JOINT MOTION TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and counsel for defendant Moncada submit this Joint Motion to Continue Status Hearing in the above captioned matter currently scheduled for Monday March 8, 2021. The parties are seeking a continuance of the status hearing because the parties are discussing discovery and other issues at this time and need further time to complete those discussions. The parties are requesting a 60 day continuance of this matter.

The defendant waives and agrees that the Speedy Trial Clock is tolled from March 8, 2021, until the next date in the matter.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        ACTING UNITED STATES ATTORNEY
                                        D.C. Bar No. 415793

By:    */s/ Emory V. Cole*
           Emory V. Cole
           PA. Bar #49136
           Assistant United States Attorney
           United States Attorney's Office for D.C.
           555 Fourth Street, N.W., Fourth Floor
           Washington, D.C. 20530
           E-mail: Emory.Cole@usdoj.gov
           Telephone: (202) 252-7692