AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Nicolas Anthony Moncada<br><br>*Defendant* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nicolas Anthony Moncada,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(A) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/16/2021

2021.01.16 14:42:19 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/16/2021, and the person was arrested on *(date)* 01/18/2021
at *(city and state)* New York, NY.

Date: 01/18/2021

*Arresting officer's signature*

Anthony Grecco, Special Agent
*Printed name and title*