UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>NICOLAS ANTHONY MONCADA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **21-MJ-84 (ZMF)** |

**MOTION TO CONTINUE PRELIMINARY HEARING**

Mario F. Gallucci, counsel for defendant Moncada submits this Motion to Continue Preliminary Hearing in the above captioned matter currently scheduled for Tuesday, July 6, 2021. Defense counsel is seeking a continuance of the preliminary hearing. The parties are in the process of discussing plea negotiations. Defense counsel is requesting a 90-day continuance of this matter. AUSA Cole is unopposed to the continuance.

The defendant waives and agrees that the Speedy Trial Clock is tolled from July 6, 2021 until the next court date.

Respectfully submitted,

/s/

Mario F. Gallucci, Esq.
NYS Bar #2421287
The Gallucci Law Firm
1110 South Avenue, Suite 29
Staten Island, NY 10314
Telephone: (347) 273-1269
Email:

CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of July, 2021 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of the Court.

/s/

Mario F. Gallucci, Esq.