UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **21-MJ-84 (ZMF)** |
| - against - | ) | |
| | ) | |
| NICOLAS ANTHONY MONCADA, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO CONTINUE PRELIMINARY HEARING

Mario F. Gallucci, counsel for defendant Moncada and The United States of America by its Assistant United States Attorney Emory V. Cole submit this Joint Motion to Continue Preliminary Hearing in the above captioned matter currently scheduled for Thursday, June 2, 2022. The parties are seeking a continuance of the preliminary hearing because the parties are in the process of discussing a non-trial disposition and the discovery in this matter is voluminous. The parties are requesting a 90-day continuance of this matter.

The defendant waives and agrees that the Speedy Trial Clock is tolled from June 2, 2022 until the next date in the matter.

Respectfully submitted,

/s/

Mario F. Gallucci, Esq.
NYS Bar #2421287
The Gallucci Law Firm
1110 South Avenue, Suite 29
Staten Island, NY  10314
Telephone:  (347) 273-1269
Email:  mario@galluccilawfirm.com
mfg7102@aol.com

## CERTIFICATE OF SERVICE

I hereby certify on the 25th day of May, 2022 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of the Court.

/s/
_____
Mario F. Gallucci, Esq.