UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **21-MJ-84 (ZMF)** |
| - against - | ) | |
| | ) | |
| NICOLAS ANTHONY MONCADA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING

Mario F. Gallucci, counsel for defendant Moncada and The United States of America by its Assistant United States Attorney Emory V. Cole submit this Joint Motion to Continue Preliminary Hearing in the above captioned matter currently scheduled for Tuesday, October 4, 2022. The parties are seeking a continuance of the preliminary hearing. We have a plea agreement however, defense counsel has a conflict with the date as he is scheduled to make an in person appearance on a murder case in Ocean County Superior Court in New Jersey. The parties are requesting a continuance of this matter to November 16, 2022.

The defendant waives and agrees that the Speedy Trial Clock is tolled from October 4, 2022 until the next date in the matter.

Respectfully submitted,

/s/

Mario F. Gallucci, Esq.
NYS Bar #2421287
The Gallucci Law Firm
1110 South Avenue, Suite 29
Staten Island, NY  10314
Telephone:  (347) 273-1269
Email:   mario@galluccilawfirm.com
             mfg7102@aol.com

CERTIFICATE OF SERVICE

     I hereby certify on the 22nd day of September, 2022 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of the Court.

/s/

Mario F. Gallucci, Esq.